**Motion Granted; Appeal Dismissed and Memorandum Opinion filed April 29, 2021.**



In The

# Fourteenth Court of Appeals

———

### NO. 14-19-00327-CR

———

**MICHAEL WAYNE ANTWINE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 10th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 18CR2396**

## MEMORANDUM OPINION

Appellant Michael Wayne Antwine has signed and filed a written request to withdraw his/her notice of appeal. *See* Tex. R. App. P. 42.2. Because this court has not delivered an opinion, we grant appellant's request.

We dismiss the appeal. We direct the clerk of the court to issue the mandate of the court immediately. *See* Tex. R. App. P. 2.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Hassan.

Do Not Publish – Tex. R. App. P. 47.2(b)